LDA

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JERRY E. EISOM,<br><br>Plaintiff<br>v.<br><br>EXXON MOBIL CORPORATION and STATION OPERATORS INC. d/b/a EXXONMOBIL CORS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA 06 118S<br><br>C.A. No. ______________ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants, Exxon Mobil Corporation and Station Operators Inc., by and through their undersigned attorneys, submit this Notice of Removal and state as follows:

1. On or about December 21, 2005, the above-captioned action was filed by the Plaintiff against Defendants in the Superior Court of Rhode Island, Providence County (the "State Court"), entitled *Jerry E. Eisom v. Exxon Mobil Corporation and Station Operators Inc.*, C.A. No. PC05-6530. Plaintiff served the Complaint on Defendant Exxon Mobil Corp. on February 17, 2006 and on Defendant Station operators on February 16, 2006. The action is now pending in the Superior Court. A copy of the Summons and Complaint (collectively the "Pleadings") that were filed in the Superior Court is attached hereto as Exhibit A, and constitutes all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. *See* 28 U.S.C. § 1446(a).

3. This action involves parties of diverse citizenship and the amount in controversy exceeds the sum of $75,000, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Upon information and belief, at the time Plaintiff commenced this action in the State Court and at the time of removal, he was and is a citizen of the State of Rhode Island. Defendant Exxon Mobil Corporation is a New Jersey corporation with its principal place of business in Texas and therefore is a citizen of the States of New Jersey and Texas for purposes of 28 U.S.C. § 1332. Defendant Station Operators Inc. is a Delaware corporation with its principal place of business in Texas and therefore is a citizen of the States of Delaware and Texas for purposes of 28 U.S.C. § 1332.

4. This Notice of Removal is being filed with this Court within thirty (30) days after Defendants first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

5. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

6. In filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

WHEREFORE, Defendants, Exxon Mobil Corporation and Station Operators Inc., respectfully submit that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against them, entitled *Jerry E. Eisom v. Exxon Mobil Corporation and Station Operators Inc.*, C.A. No. PC-05-6530, be removed from the Superior Court of the State of Rhode Island, Providence County, that this action proceed in this Court as a properly removed action and that the Defendants have such other and further relief as this Court may deem just and proper.

Dated: March 15, 2006

Defendants,

EXXON MOBIL CORPORATION and
STATION OPERATORS INC.,

By their Attorneys,

NIXON PEABODY LLP

Neal J. McNamara

Neal J. McNamara (#4249)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by first class mail, postage pre-paid, this 15th day of March, 2006 to:

Robert E. Savage
SAVAGE & SAVAGE
156 Airport Road
Warwick, RI 02889

Paula K Gordon