UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JERRY E. EISOM,<br><br>Plaintiff<br>v.<br><br>EXXON MOBIL CORPORATION and STATION OPERATORS INC. d/b/a EXXONMOBIL CORS,<br><br>Defendants. | : | C.A. No. 06-118S |

**ENTRY OF APPEARANCE**

I, Matthew J. Frankel, hereby enter my appearance on behalf of Defendants Exxon Mobil Corp. and Station Operators, Inc. in the above-captioned matter.

Respectfully submitted,
DEFENDANTS EXXON MOBIL CORP. and
STATION OPERATORS INC.

By their attorneys,

NIXON PEABODY LLP

Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Entry of Appearance to Robert Savage, Savage & Savage, 156 Airport Road, Warwick, RI 02889, this 25th day of April, 2006.