UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JERRY E. EISOM,<br><br>Plaintiff<br>v.<br><br>EXXON MOBIL CORPORATION and STATION OPERATORS INC. d/b/a EXXONMOBIL CORS,<br><br>Defendants. | : | C.A. No. 06-118S |

**DEFENDANTS' MOTION TO POSTPONE THE SETTLEMENT CONFERENCE**

On May 25, 2006, this Court issued a Notice of Settlement Conference, to be held on July 31, 2006 at 2:00 p.m. Defendants had previously made the Court aware that they needed to take the deposition of the plaintiff in order to be able to participate meaningfully in a settlement conference.

In furtherance of that goal, on May 25, 2006, Defendants served Requests for Production of Documents and Interrogatories on the Plaintiff. Plaintiff's attorney has recently requested an extension of time to respond to the Interrogatories and Request for Production to June 30, 2006, and defendants have agreed to that request. However, plaintiff's counsel has also made it clear that he cannot make his client available for deposition until at least July 24, 2006, as Plaintiff's counsel is court-excused for the period from July 3-24, 2006. Defendants have requested available dates for deposition during the week of July 24, but at this point have not yet received a reply. Even if defendants are able to take plaintiff's deposition during the week of July 24, 2006, that does not allow the defense sufficient time to review and evaluate the deposition and to confer with the defendants and determine a meaningful settlement conference position. Therefore, defendants respectfully request that the Court postpone the settlement conference to a

date during the week of August 7, 2006 or to a date in early September 2006. Plaintiff's counsel has assented to this motion. Defendants note that their counsel has filed a motion to be excused for the period from August 16, 2006 through August 30, 2006.

Respectfully submitted,
DEFENDANTS EXXON MOBIL CORP. and
STATION OPERATORS INC.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

DATED: June 30, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Motion to Postpone Settlement Conference to Robert Savage, Savage & Savage, 156 Airport Road, Warwick, RI 02889, this 30th day of June, 2006.