7/6/06: GRANTED. FINAL POSTPONEMENT. USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JERRY E. EISOM,

Plaintiff

v.

C.A. No. 06-118S

EXXON MOBIL CORPORATION and STATION OPERATORS INC. d/b/a EXXONMOBIL CORS,

Defendants.

**DEFENDANTS' MOTION TO POSTPONE THE SETTLEMENT CONFERENCE**

On May 25, 2006, this Court issued a Notice of Settlement Conference, to be held on July 31, 2006 at 2:00 p.m. Defendants had previously made the Court aware that they needed to take the deposition of the plaintiff in order to be able to participate meaningfully in a settlement conference.

In furtherance of that goal, on May 25, 2006, Defendants served Requests for Production of Documents and Interrogatories on the Plaintiff. Plaintiff's attorney has recently requested an extension of time to respond to the Interrogatories and Request for Production to June 30, 2006, and defendants have agreed to that request. However, plaintiff's counsel has also made it clear that he cannot make his client available for deposition until at least July 24, 2006, as Plaintiff's counsel is court-excused for the period from July 3-24, 2006. Defendants have requested available dates for deposition during the week of July 24, but at this point have not yet received a reply. Even if defendants are able to take plaintiff's deposition during the week of July 24, 2006, that does not allow the defense sufficient time to review and evaluate the deposition and to confer with the defendants and determine a meaningful settlement conference position.

Therefore, defendants respectfully request that the Court postpone the settlement conference to a