UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JERRY EISOM<br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION AND<br>STATION OPERATORS, INC. d/b/a<br>EXXONMOBIL CORS,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-0118 S |

**NOTICE OF DEPOSITION**

TO:

Robert Savage, Esq.
Savage & Savage
156 Airport Road
Warwick, RI 02889

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on Jerry Eisom, August 10, 2006 at 10:00 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 and continuing from day to day until completed, Defendants will take the deposition of ***Jerry Eisom*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

EXXONMOBIL CORPORATION AND
STATION OPERATORS, INC. d/b/a
EXXONMOBIL CORS,

By its attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: August 2, 2006

10070142.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF DEPOSITION was served on Robert Savage, Esq., Savage and Savage, 156 Airport Road, Warwick, RI 02889 by first class mail this 2nd day of August, 2006.

/s/Marilyn Lovely