UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JERRY EISOM<br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION AND STATION OPERATORS, INC. d/b/a EXXONMOBIL CORS,<br>Defendants. | ) | C.A. No. 06-0118 S |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the undersigned that the above-captioned matter is dismissed with prejudice, each party to bear its own costs.

JERRY EISOM

By his Attorneys,

/s/ Robert Savage
Robert Savage (#4461)
SAVAGE & SAVAGE
156 Airport Road
Warwick, RI 02889

Dated: October 6, 2006

EXXONMOBIL CORPORATION AND STATION OPERATORS, INC. d/b/a EXXONMOBIL CORS

By Their Attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
nmcnamara@nixonpeabody.com

Dated: October 6, 2006

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/12/06

10151080.1